PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Alexander Best  **Docket Number:** 04-00276-001
 **PACTS Number:** 37630

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 02/02/2005

**Original Offense:** Conspiracy to Defraud the United States, to Unlawfully Buy and Sell Prescription Drug Samples, and to Misbrand Prescription Drugs.

**Original Sentence:** 16 Months Imprisonment; 3 Years Supervised Release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 05/31/06

**Assistant U.S. Attorney:** Joshua Drew, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Vincent C. Scoca, Esq., 395 Franklin Street, Bloomfield, NJ 07003, (973) 680-8949

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'
 | On May 29, 2008, the probation office became aware that the offender left the district of New Jersey without permission on April 3-4, 2007, to Orlando, Florida; June 7-15, 2007, to Orlando, Florida; September 23-28, 2007, to Dallas, Texas, San Antonio, Texas, Phoenix, Arizona, and San Diego, California; October 21-25, 2007, to Chicago, Illinois; November 12-13, 2007, to Chicago, Illinois, and January 3-9, 2008, to Houston, Texas.
2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

PROB 12C - Page 2<br>Alexander Best

On May 15, 2008, the probation office became aware the offender was employed for Nimlok - NYC, a marketing company in Fairfield, New Jersey, without the knowledge of the Probation Office, from February 26, 2007, until his termination on February 18, 2008.

3     The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

While employed with Nimlok from February 26, 2007, until February 18, 2008, the offender was working with his codefendant, Philip Zamloot. The U.S. Probation Office was unaware of this employment, and his criminal association with Zamloot. In addition, they traveled together for sales training on at least two occasions.

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 06/26/08

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: WEDNESDAY JULY 23, 2008 at 11:30AM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/1/08
Date